# Chapman Declaration Exhibit H



| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Feb 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

**LATE PAYMENT WARNING** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | $184 49 |
| Payments | - $307 15 |
| Other Credits | $0 00 |
| Transactions | + $122 66 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| Credit Limit | $3,500 00 |
| Available  Credit (as of    Jan  25, 2018      ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | Track and redeem your rewards with our mobile app or on  www.capitalone.com |
|---|---|
| $4 29 | |

| Previous Balance | Earned This Period | Redeemed This Period |
|---|---|---|
| $2 45 | $1 84 | $0 00 |

### Account Notifications

(i) Welcome to your account notifications  Check back here each month for important updates about your account

Pay or manage your account on our mobile app or at    www.capitalone.com    Customer Service: 1-800-903-3637    See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400039

Pay your bill on the go.
Pay your bill securely and review transactions with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply.

| Payment Due Date: | Feb  22, 2018 | Account Ending in    9645 |
|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed |
| $0 00 | $0 00 | $ _____ |

SUSAN N DRESS

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1  ████████  9645 25  0000000307150000003

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment.  If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay.  For Cash Advances and Special Transfers, we will start charging Interest on the transaction date.  Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases.  Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle.  Interest Charges accrue on every unpaid amount until it is paid in full.  This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle.  Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance.  Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment.  However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle.  The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle.  We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The Wall Street Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your  APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do we Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do If You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.
☐ Dollar amount: The dollar amount of the suspected error.
☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285.  While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

---

**Changing Mailing Address?**

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment.  Please print using blue or black ink.

Street.............................................................................................................

City.................................................................................................................

State........................................................ Zip code .......................................

Phone.............................................................................................................

Email..............................................................................................................

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information:
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions |
|---|



J00084

Stay on top of your **credit score**.
Monitor your credit score with CreditWise®
built right into the Capital One® mobile app.

Text **ONE to 80101** to download the app. Messaging & Data rates may apply.

Visit www.capitalone.com  to see detailed transactions

**SUSAN N DRESS #9645:   Payments,  Credits  and Adjustments**

| Date | Description | Amount |
|---|---|---|
| Jan 19 | CAPITAL ONE ONLINE PYMT AuthDate 05-Jan | - $307 15 |

**SUSAN N DRESS #9645:   Transactions**

| Date | Description | Amount |
|---|---|---|
| Dec 24 | ███████████ | $122 66 |
| SUSAN N DRESS #9645 Total | | $122 66 |
| Total Transactions for This Period | | $122 66 |

| Fees |
|---|

| Date | Description | Amount |
|---|---|---|
| Total Fees for This Period | | $0 00 |

| Interest Charged |
|---|

| | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| 2017 Totals Year-to-Date |
|---|

| | |
|---|---|
| Total Fees charged in 2017 | $0 00 |
| Total Interest charged in 2017 | $0 00 |

| Interest Charge Calculation |
|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24 15% P | $0 00 | $0 00 |
| Cash Advances | 26 15% P | $0 00 | $0 00 |

P,L,D,F = Variable Rate  See reverse of page 1 for details


| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Mar 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

LATE PAYMENT WARNING If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | $0 00 |
| Payments | - $118 51 |
| Other Credits | - $6 16 |
| Transactions | + $124 67 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| | |
| Credit Limit | $3,500 00 |
| Available   Credit (as of   Feb 25, 2018    ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | | |
|---|---|---|
| $0 00 | Track and redeem your rewards with our mobile app or on  www.capitalone.com | |
| Previous Balance | Earned This Period | Redeemed This Period |
| $4 29 | $1 87 | -$6 16 |

**Account Notifications**

  Renewal Notice - Both sides of this page provide important information about your rate(s) and how your interest charge is calculated

---

Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400038

**Get the app designed to save time.**
Effortlessly manage your account on the go with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply

| Payment Due Date: | Mar 22, 2018 | Account Ending in | 9645 |
|---|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed | |
| $0 00 | $0 00 | $ _____ | |

SUSAN N DRESS

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1 ▮▮▮▮▮▮▮ 9645 25 0000000118510000007

4

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The Wall Street Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P L | Prime Rate + margin 3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| D F | Prime Rate + margin 1 month LIBOR + margin | The first day of each Billing Cycle. |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of your payment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.

☐ Dollar amount: The dollar amount of the suspected error.

☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

<u>Changing Mailing Address?</u>

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street.................................................................................................................

City.....................................................................................................................

State.......................................................... Zip code .......................................

Phone................................................................................................................

Email.................................................................................................................

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.

☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions |
|---|



300085

Protect your **credit score.**
Detect fraud with automatic alerts if your credit report changes
with CreditWise®—built right into the Capital One® mobile app.

Text **ONE to 80101** to download the app. Messaging & Data rates may apply.

Visit  www.capitalone.com    to see detailed transactions

**SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments**

| Date | Description | Amount |
|---|---|---|
| Feb 2 | CREDIT-CASH BACK REWARD | - $6 16 |
| Feb 17 | CAPITAL ONE ONLINE PYMTAuthDate 07-Feb | - $118 51 |

**SUSAN N DRESS #9645:   Transactions**

| Date | Description | Amount |
|---|---|---|
| Jan 27 |  | $124 67 |
| SUSAN N DRESS #9645Total | | $124 67 |
| Total Transactions for This Period | | $124 67 |

| Fees |
|---|

| Date | Description | Amount |
|---|---|---|
| Total Fees for This Period | | $0 00 |

| Interest Charged |
|---|

| | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| 2018 Totals Year-to-Date |
|---|

| | |
|---|---|
| Total Fees charged in 2018 | $0 00 |
| Total Interest charged in 2018 | $0 00 |

| Interest Charge Calculation |
|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24 15% P | $0 00 | $0 00 |
| Cash Advances | 26 15% P | $0 00 | $0 00 |

P,L,D,F = Variable Rate  See reverse of page 1 for details



| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Apr 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

LATE PAYMENT WARNING: If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| | |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Mar 25, 2018    ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | Track and redeem your rewards with our mobile app or on  www.capitalone.com |
|---|---|
| $0 00 | |

| Previous Balance | Earned This Period | Redeemed This Period |
|---|---|---|
| $0 00 | $0 00 | $0 00 |

**Account Notifications**

(i)  Welcome to your account notifications  Check back here each month for important updates about your account

Pay or manage your account on our mobile app or at     www.capitalone.com     Customer Service: 1-800-903-3637      See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400039

**Pay your bill on the go.**
Pay your bill securely and review transactions with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply.

| Payment Due Date: | Apr 22, 2018 | Account Ending in   9645 |
|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed |
| $0 00 | $0 00 | $ _____ |

SUSAN N DRESS

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1    9645 25 0000000118510000007

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The Wall Street Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing History Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.
☐ Dollar amount: The dollar amount of the suspected error.
☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
11/01/16

© 2016 Capital One. Capital One is a federally registered service mark

---

<u>**Changing Mailing Address?**</u>

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street.................................................................................................................

City.....................................................................................................................

State.......................................................... Zip code .......................................

Phone.................................................................................................................

Email..................................................................................................................

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions |
|---|

Visit www.capitalone.com  to see detailed transactions

SUSAN N DRESS #9645:  Payments,  Credits and Adjustments

| Date | Description | Amount |
|---|---|---|

SUSAN N DRESS #9645:  Transactions

| Date | Description | Amount |
|---|---|---|

| Fees | | |
|---|---|---|
| Date | Description | Amount |
| Total Fees for This Period | | $0 00 |

| Interest Charged | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2018 | $0 00 |
| Total Interest charged in 2018 | $0 00 |

| Interest Charge Calculation |
|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24 15% P | $0 00 | $0 00 |
| Cash Advances | 26 15% P | $0 00 | $0 00 |

P,L,D,F = Variable Rate  See reverse of page 1 for details

300086

Get the app designed to save time.
Effortlessly manage your account on the go with the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.



| Payment Information | |
| --- | --- |
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| May 22, 2018 | |
| New Balance | Minimum Payment Due |
| -$20 83 | $0 00 |

LATE PAYMENT WARNING:If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
| --- | --- |
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | - $20 83 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = -$20 83 |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Apr  25, 2018     ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | | |
| --- | --- | --- |
| $0 00 | Track and redeem your rewards with our mobile app or on  www.capitalone.com | |
| Previous Balance | Earned This Period | Redeemed This Period |
| $0 00 | $0 00 | $0 00 |

Account Notifications

(i)   Credit balance -- Do not pay

Pay or manage your account on our mobile app or at      www.capitalone.com      Customer Service: 1-800-903-3637      See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400035

| Payment Due Date: | May 22, 2018 | Account Ending in | 9645 |
| --- | --- | --- | --- |
| New Balance | Minimum Payment Due | Amount Enclosed | |
| -$20 83 | $0 00 | $ _____ | |

Make a statement.
Go paperless.
Stop waiting for your bill to arrive in the mail and go paperless today.

Log in to your account to make the **switch to paperless.**

SUSAN N DRESS

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1      9645 25 002083011851000003

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *WallStreet Journal*). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P<br>L | Prime Rate + margin<br>3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| D<br>F | Prime Rate + margin<br>1 month LIBOR + margin | The first day of each Billing Cycle. |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.
☐ Dollar amount: The dollar amount of the suspected error.
☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
11/01/16

© 2016 Capital One. Capital One is a federally registered service mark

---

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street...........................................................................................................

City...............................................................................................................

State......................................................... Zip code ......................................

Phone..........................................................................................................

Email............................................................................................................

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions | |
|---|---|

Visit  www.capitalone.com     to see detailed transactions

**SUSAN N DRESS #9645:    Payments,   Credits   and Adjustments**

| Date | Description | Amount |
|---|---|---|
| Dec 23 | PURCHASE FINANCE CHARGE ADJUSTMENT | - $20 83 |

**SUSAN N DRESS #9645:    Transactions**

| Date | Description | Amount |
|---|---|---|

| Fees | | |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| Total Fees for This Period | | $0 00 |

| Interest Charged | |
|---|---|

| | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2018 | $0 00 |
| Total Interest charged in 2018 | -$20 83 |

| Interest Charge Calculation | | | |
|---|---|---|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24 40% P | $0 00 | $0 00 |
| Cash Advances | 26 40% P | $0 00 | $0 00 |

P,L,D,F = Variable Rate  See reverse of page 1 for details

J00085



Protect your **credit score.**
Detect fraud with automatic alerts if your credit report changes with CreditWise®—built right into the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.





| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Jun 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

LATE PAYMENT WARNING:If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | -$20 83 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $20 83 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    May 25, 2018    ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | Track and redeem your rewards with our |
|---|---|
| $0 00 | mobile app or on  www.capitalone.com |

| Previous Balance | Earned This Period | Redeemed This Period |
|---|---|---|
| $0 00 | $0 00 | $0 00 |

Account Notifications

(i)  Welcome to your account notifications  Check back here each month for important updates about your account

Pay or manage your account on our mobile app or at        www.capitalone.com        Customer Service: 1-800-903-3637        See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400038

Get the app designed
to save time.
Effortlessly manage your
account on the go with
the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply

| Payment Due Date: | Jun 22, 2018 | Account Ending in | 9645 |
|---|---|---|---|

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $0 00 | $0 00 | $ _____ |

SUSAN N DRESS

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1 ▇▇▇▇▇▇▇9645 25 0000000118510000007

13

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The Wall Street Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do we Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.

☐ Dollar amount: The dollar amount of the suspected error.

☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

**Changing Mailing Address?**

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street........................................................................................................

City............................................................................................................

State...................................................... Zip code ......................................

Phone........................................................................................................

Email.........................................................................................................

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information:
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.

☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.


| Transactions | |
| --- | --- |

Visit  www.capitalone.com    to see detailed transactions

SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments

| Date | Description | Amount |
| --- | --- | --- |

SUSAN N DRESS #9645:   Transactions

| Date | Description | Amount |
| --- | --- | --- |
| May 25 | CREDIT BALANCE REFUND | $20 83 |
| SUSAN N DRESS #9645Total | | $20 83 |
| Total Transactions for This Period | | $20 83 |

| Fees | |
| --- | --- |
| Date | Description | Amount |
| Total Fees for This Period | | $0 00 |

| Interest Charged | |
| --- | --- |
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| 2018 Totals Year-to-Date | |
| --- | --- |
| Total Fees charged in 2018 | $0 00 |
| Total Interest charged in 2018 | -$20 83 |



300086

Get the app designed to save time.
Effortlessly manage your account on the go with
the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply

| Interest Charge Calculation | | | |
| --- | --- | --- | --- |
| Your Annual Percentage Rate (APR) is the annual interest rate on your account | | | |
| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24 40% P | $0 00 | $0 00 |
| Cash Advances | 26 40% P | $0 00 | $0 00 |
| P,L,D,F = Variable Rate  See reverse of page 1 for details | | | |



| Payment Information | |
| --- | --- |
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Jul  22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

**LATE PAYMENT WARNING** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
| --- | --- |
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Jun  25, 2018    ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | |
| --- | --- |
| $0 00 | Track and redeem your rewards with our mobile app or on  www.capitalone.com |

| Previous Balance | Earned This Period | Redeemed This Period |
| --- | --- | --- |
| $0 00 | $0 00 | $0 00 |

**Account Notifications**

(i) Welcome to your account notifications  Check back here each month for important updates about your account

Pay or manage your account on our mobile app or at     www.capitalone.com     Customer Service: 1-800-903-3637     See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400035

| Payment Due Date: | Jul  22, 2018 | Account Ending in   9645 |
| --- | --- | --- |
| New Balance | Minimum Payment Due | Amount Enclosed |
| $0 00 | $0 00 | $ _____ |

## Make a statement.
## Go paperless.
Stop waiting for your bill to arrive in the mail and go paperless today.

Log in to your account to make the **switch to paperless.**

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1   [ ]9645 25 0000000118510000007

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The Wall Street Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P L | Prime Rate + margin 3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| D F | Prime Rate + margin 1 month LIBOR + margin | The first day of each Billing Cycle. |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do we Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.
☐ Dollar amount: The dollar amount of the suspected error.
☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
11/01/16

© 2016 Capital One. Capital One is a federally registered service mark

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street.................................................................................................

City.....................................................................................................

State........................................................ Zip code .......................................

Phone.................................................................................................

Email..................................................................................................

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information:
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions |
|---|

Visit  www.capitalone.com    to see detailed transactions

SUSAN N DRESS #9645:    Payments,   Credits  and Adjustments

| Date | Description | Amount |
|---|---|---|

SUSAN N DRESS #9645:    Transactions

| Date | Description | Amount |
|---|---|---|

| Fees |
|---|

| Date | Description | Amount |
|---|---|---|
| Total Fees for This Period | | $0 00 |

| Interest Charged |
|---|

| | |
|---|---|
| Interest Charge on   Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| 2018 Totals Year-to-Date |
|---|

| | |
|---|---|
| Total Fees charged in 2018 | $0 00 |
| Total Interest charged in 2018 | -$20 83 |

| Interest Charge Calculation |
|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 24 40% P | $0 00 | $0 00 |
| Cash Advances | 26 40% P | $0 00 | $0 00 |

P,L,D,F = Variable Rate  See reverse of page 1 for details



J00085
Protect your credit score.
Detect fraud with automatic alerts if your credit report changes with CreditWise®—built right into the Capital One® mobile app.
Text ONE to 80101 to download the app. Messaging & Data rates may apply.



| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Aug 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

**LATE PAYMENT WARNING** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| | |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Jul  25, 2018     ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | Track and redeem your rewards with our mobile app or on  www.capitalone.com |
|---|---|
| $0 00 | |
| Previous Balance | Earned This Period | Redeemed This Period |
| $0 00 | $0 00 | $0 00 |

### Account Notifications

(i)  Welcome to your account notifications  Check back here each month for important updates about your account

---

Pay or manage your account on our mobile app or at        www.capitalone.com        Customer Service: 1-800-903-3637        See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400039

| Payment Due Date: | Aug 22, 2018 | Account Ending in    9645 |
|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed |
| $0 00 | $0 00 | $ _____ |

Pay your bill
on the go.
Pay your bill securely and
review transactions with the
Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply.

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1   ███████ 9645 25 0000000118510000007

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *Wall Street Journal*). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.
☐ Dollar amount: The dollar amount of the suspected error.
☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

**Changing Mailing Address?** _____

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street................................................................................................

City.....................................................................................................

State......................................................... Zip code ......................................

Phone.................................................................................................

Email...................................................................................................

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions |
|---|

Visit  www.capitalone.com   to see detailed transactions

SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments

| Date | Description | Amount |
|---|---|---|

SUSAN N DRESS #9645:   Transactions

| Date | Description | Amount |
|---|---|---|

| Fees | | |
|---|---|---|
| Date | Description | Amount |
| Total Fees for This Period | | $0 00 |

| Interest Charged | | |
|---|---|---|
| Interest Charge on Purchases | | $0 00 |
| Interest Charge on Cash Advances | | $0 00 |
| Interest Charge on Other Balances | | $0 00 |
| Total Interest for This Period | | $0 00 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2018 | $0 00 |
| Total Interest charged in 2018 | -$20 83 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account | | | |
| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24 65% P | $0 00 | $0 00 |
| Cash Advances | 26 65% P | $0 00 | $0 00 |
| P,L,D,F = Variable Rate  See reverse of page 1 for details | | | |



300083
Make a statement.
Go paperless.
Stop waiting for your bill to arrive
in the mail and go paperless today.
Log in to your account to make the switch to paperless.


## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Sep 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

**LATE PAYMENT WARNING** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

## Account Summary

| | |
|---|---|
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| | |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Aug  25, 2018       ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | | |
|---|---|---|
| $0 00 | Track and redeem your rewards with our mobile app or on  www.capitalone.com | |
| Previous Balance | Earned This Period | Redeemed This Period |
| $0 00 | $0 00 | $0 00 |

### Account Notifications

(i)  Welcome to your account notifications  Check back here each month for important updates about your account

---

Pay or manage your account on our mobile app or at      www.capitalone.com      Customer Service: 1-800-903-3637      See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400038

**Get the app designed to save time.**
Effortlessly manage your account on the go with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply

| Payment Due Date: | Sep 22, 2018 | Account Ending in    9645 |
|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed |
| $0 00 | $0 00 | $ _____ |

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1  ████████ 9645 25 0000000118510000007

22

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The WallStreet Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | |
| L | 3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| D | Prime Rate + margin | |
| F | 1 month LIBOR + margin | The first day of each Billing Cycle. |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do we Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.

☐ Dollar amount: The dollar amount of the suspected error.

☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

---

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street.................................................................................

City.....................................................................................

State........................................................ Zip code .......................................

Phone.................................................................................

Email.................................................................................

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.

☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions |
|---|
| Visit  www.capitalone.com    to see detailed transactions |

**SUSAN N DRESS #9645:**   Payments,   Credits  and Adjustments

| Date | Description | Amount |
|---|---|---|

**SUSAN N DRESS #9645:**   Transactions

| Date | Description | Amount |
|---|---|---|

| Fees | | |
|---|---|---|
| Date | Description | Amount |
| Total Fees for This Period | | $0 00 |

| Interest Charged | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2018 | $0 00 |
| Total Interest charged in 2018 | -$20 83 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account | | | |
| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24 65% P | $0 00 | $0 00 |
| Cash Advances | 26 65% P | $0 00 | $0 00 |
| P,L,D,F = Variable Rate  See reverse of page 1 for details | | | |



J00085

Protect your **credit score.**
Detect fraud with automatic alerts if your credit report changes with CreditWise®—built right into the Capital One® mobile app.

Text **ONE to 80101** to download the app. Messaging & Data rates may apply.


| Payment Information | |
| --- | --- |
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Oct 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

**LATE PAYMENT WARNING:**If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
| --- | --- |
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Sep 25, 2018    ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | | |
| --- | --- | --- |
| $0 00 | Track and redeem your rewards with our mobile app or on  www.capitalone.com | |
| Previous Balance | Earned This Period | Redeemed This Period |
| $0 00 | $0 00 | $0 00 |

**Account Notifications**

(i)  Welcome to your account notifications  Check back here each month for important updates about your account

---

Pay or manage your account on our mobile app or at     www.capitalone.com     Customer Service: 1-800-903-3637     See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400035

| Payment Due Date: | Oct 22, 2018 | Account Ending in | 9645 |
| --- | --- | --- | --- |
| New Balance | Minimum Payment Due | Amount Enclosed | |
| $0 00 | $0 00 | $ _____ | |

Make a statement.
# Go paperless.
Stop waiting for your bill to arrive in the mail and go paperless today.

Log in to your account to make the **switch to paperless.**

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDDFFDFTFDDF

1         9645 25 0000000118510000007

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The Wall Street Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.

☐ Dollar amount: The dollar amount of the suspected error.

☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

**Changing Mailing Address?**

You can change your address immediately at capitalone.com or complete the information below, and return this coupon with your payment. Please print using blue or black ink.

Street........................................................................................................

City............................................................................................................

State........................................................... Zip code ........................................

Phone.......................................................................................................

Email.........................................................................................................

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information:
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.

☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions | |
|---|---|
| Visit www.capitalone.com    to see detailed transactions | |

SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments

| Date | Description | Amount |
|---|---|---|

SUSAN N DRESS #9645:   Transactions

| Date | Description | Amount |
|---|---|---|

| Fees | |
|---|---|
| Date    Description | Amount |
| Total Fees for This Period | $0 00 |

| Interest Charged | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2018 | $0 00 |
| Total Interest charged in 2018 | -$20 83 |



| Interest Charge Calculation | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account | | | |
| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24 65% P | $0 00 | $0 00 |
| Cash Advances | 26 65% P | $0 00 | $0 00 |
| P,L,D,F = Variable Rate  See reverse of page 1 for details | | | |



| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Nov 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

**LATE PAYMENT WARNING** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| | |
| Credit Limit | $3,500 00 |
| Available   Credit (as of   Oct 25, 2018   ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | | |
|---|---|---|
| $0 00 | Track and redeem your rewards with our mobile app or on  www.capitalone.com | |
| Previous Balance | Earned This Period | Redeemed This Period |
| $0 00 | $0 00 | $0 00 |

## Account Notifications

(i)   Welcome to your account notifications  Check back here each month for important updates about your account

Pay or manage your account on our mobile app or at       www.capitalone.com       Customer Service: 1-800-903-3637       See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400039

| Payment Due Date: | Nov 22, 2018 | Account Ending in | 9645 |
|---|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed | |
| $0 00 | $0 00 | $ _____ | |

**Pay your bill on the go.**
Pay your bill securely and review transactions with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply.

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1   ▮▮▮▮▮▮▮ 9645 25 0000000118510000007

28

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The **Wall Street Journal**). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P<br>L | Prime Rate + margin<br>3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| D<br>F | Prime Rate + margin<br>1 month LIBOR + margin | The first day of each Billing Cycle. |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.

☐ Dollar amount: The dollar amount of the suspected error.

☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

**Changing Mailing Address?**

You can change your address by signing into your account online or calling Customer Service.

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.

☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.




J00084

Stay on top of your **credit score**.
Monitor your credit score with CreditWise®
built right into the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.

| Transactions | |
|---|---|
| Visit www.capitalone.com   to see detailed transactions | |
| SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments | |
| Date       Description | Amount |
| SUSAN N DRESS #9645:   Transactions | |
| Date       Description | Amount |

| Fees | |
|---|---|
| Date       Description | Amount |
| Total Fees for This Period | $0 00 |

| Interest Charged | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| Totals Year-to-Date | |
|---|---|
| Total Fees charged | $0 00 |
| Total Interest charged | -$20 83 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account | | | |
| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24 65% P | $0 00 | $0 00 |
| Cash Advances | 26 65% P | $0 00 | $0 00 |
| P,L,D,F = Variable Rate  See reverse of page 1 for details | | | |

30



| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Dec 22, 2018 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

**LATE PAYMENT WARNING:**If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| | |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Nov 25, 2018      ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

**Important Notice**
We are unable to provide your Rewards Summary on this month's statement  To review your current Rewards balance or for additional Rewards information, please log in to your account at www.capitalone.com  or the Capital One Mobile Banking app

Account Notifications

Welcome to your account notifications  Check back here each month for important updates about your account

Pay or manage your account on our mobile app or at      www capitalone com      Customer Service: 1-800-903-3637      See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400038

**Get the app designed to save time.**
Effortlessly manage your account on the go with the Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply

| Payment Due Date: | Dec 22, 2018 | Account Ending in    9645 |
|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed |
| $0 00 | $0 00 | $ _____ |

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1   ▓▓▓▓▓▓▓   9645 25 0000000118510000007

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *WallStreet Journal*). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.

☐ Dollar amount: The dollar amount of the suspected error.

☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

Changing Mailing Address?

You can change your address by signing into your account online or calling Customer Service.

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.

☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.


| Transactions |
|---|

Visit www.capitalone.com    to see detailed transactions

SUSAN N DRESS #9645:    Payments,    Credits  and Adjustments

| Date | Description | Amount |
|---|---|---|

SUSAN N DRESS #9645:    Transactions

| Date | Description | Amount |
|---|---|---|

| Fees | | |
|---|---|---|
| Date | Description | Amount |
| Total Fees for This Period | | $0 00 |

| Interest Charged | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| Totals Year-to-Date | |
|---|---|
| Total Fees charged | $0 00 |
| Total Interest charged | -$20 83 |



JO0085

Protect your credit score.
Detect fraud with automatic alerts if your credit report changes
with CreditWise®—built right into the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account | | | |
| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24 65% P | $0 00 | $0 00 |
| Cash Advances | 26 65% P | $0 00 | $0 00 |
| P,L,D,F = Variable Rate  See reverse of page 1 for details | | | |



Capital One®

Page 1 of 2
Platinum MasterCard   Account Ending in   9645
Nov 26, 2018  - Dec 25, 2018   |  30 days in Billing Cycle

| Payment Information | |
| --- | --- |
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Jan 22, 2019 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

LATE PAYMENT WARNING If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
| --- | --- |
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| | |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Dec  25, 2018     ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

**Important Notice**
We are unable to provide your Rewards Summary on this month's statement  To review your current Rewards balance or for additional Rewards information, please log in to your account at www.capitalone.com  or the Capital One Mobile Banking app

Account Notifications

Welcome to your account notifications  Check back here each month for important updates about your account

Pay or manage your account on our mobile app or at       www.capitalone.com       Customer Service: 1-800-903-3637        See reverse for Important Information



Capital One®

Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400035

| | | | |
| --- | --- | --- | --- |
| Payment Due Date: | Jan 22, 2019 | Account Ending in   9645 | |
| New Balance | Minimum Payment Due | Amount Enclosed | |
| $0 00 | $0 00 | $ _____ | |

Make a statement.
## Go paperless.
Stop waiting for your bill to arrive in the mail and go paperless today.

Log in to your account to make the **switch to paperless**.

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1    9645 25 0000000118510000007

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.
NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *WallStreet Journal*). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | |
| L | 3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)
**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:
Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.
In your letter, give us the following information:

☐ Account information: Your name and account number.
☐ Dollar amount: The dollar amount of the suspected error.
☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:
1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.
If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

You can change your address by signing into your account online or calling Customer Service.

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information:
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions | |
|---|---|
| Visit www.capitalone.com    to see detailed transactions | |
| SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments | |
| Date        Description | Amount |
| SUSAN N DRESS #9645:   Transactions | |
| Date       Description | Amount |

| Fees | |
|---|---|
| Date       Description | Amount |
| Total Fees for This Period | $0 00 |

| Interest Charged | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| Totals Year-to-Date | |
|---|---|
| Total Fees charged | $0 00 |
| Total Interest charged | -$20 83 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account | | | |
| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 24 65% P | $0 00 | $0 00 |
| Cash Advances | 26 65% P | $0 00 | $0 00 |
| P,L,D,F = Variable Rate  See reverse of page 1 for details | | | |


300077
Manage your account
anywhere, anytime.
Pay your bill, set up alerts and more
with the Capital One® mobile app.
Text ONE to 80101 to download the app today. Messaging & Data rates may apply.





| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Feb 22, 2019 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

**LATE PAYMENT WARNING** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Jan 25, 2019      ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

| Rewards Balance | | |
|---|---|---|
| $0 00 | Track and redeem your rewards with our mobile app or on  www.capitalone.com | |
| Previous Balance | Earned This Period | Redeemed This Period |
| $0 00 | $0 00 | $0 00 |

**Account Notifications**



Welcome to your account notifications  Check back here each month for important updates about your account

Pay or manage your account on our mobile app or at        www.capitalone.com        Customer Service: 1-800-903-3637        See reverse for Important Information

---

Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400039

| Payment Due Date: | Feb 22, 2019 | Account Ending in    9645 |
|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed |
| $0 00 | $0 00 | $ _____ |

**Pay your bill on the go.**
Pay your bill securely and review transactions with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply.

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFFDDADTTFFTATFFFTAFTTFFFDDFFDFTFDDF

1          9645 25 0000000118510000007

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment.  If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay.  For Cash Advances and Special Transfers, we will start charging Interest on the transaction date.  Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases.  Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle.  Interest Charges accrue on every unpaid amount until it is paid in full.  This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance.  Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle.  The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle.  We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *WallStreet Journal*).  The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | |
| L | 3 month LIBOR + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.
☐ Dollar amount: The dollar amount of the suspected error.
☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285.  While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

**Changing Mailing Address?**

You can change your address by signing into your account online or calling Customer Service.

**How do I Make Payments**? You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information:
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.



| Transactions | |
|---|---|
| Visit www.capitalone.com    to see detailed transactions | |

**SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments**

| Date | Description | Amount |
|---|---|---|

**SUSAN N DRESS #9645:   Transactions**

| Date | Description | Amount |
|---|---|---|

| Fees | | |
|---|---|---|
| Date | Description | Amount |
| Total Fees for This Period | | $0 00 |

| Interest Charged | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| Totals Year-to-Date | |
|---|---|
| Total Fees charged | $0 00 |
| Total Interest charged | $0 00 |

| Interest Charge Calculation | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account | | | |
| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| Purchases | 25 15% P | $0 00 | $0 00 |
| Cash Advances | 27 15% P | $0 00 | $0 00 |
| P,L,D,F = Variable Rate  See reverse of page 1 for details | | | |



J00084
Stay on top of your **credit score**.
Monitor your credit score with CreditWise® built right into the Capital One® mobile app.
Text **ONE to 80101** to download the app. Messaging & Data rates may apply.


| Payment Information | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET |
| Mar 22, 2019 | |
| New Balance | Minimum Payment Due |
| $0 00 | $0 00 |

LATE PAYMENT WARNING:If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35 00

| Account Summary | |
|---|---|
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Feb 25, 2019        ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

**Important Notice**
We are unable to provide your Rewards Summary on this month's statement  To review your current Rewards balance or for additional Rewards information, please log in to your account at www.capitalone.com  or the Capital One Mobile Banking app

## Account Notifications

ⓘ   Renewal Notice - Both sides of this page provide important information about your rate(s) and how your interest charge is calculated

---

Pay or manage your account on our mobile app or at    www capitalone com    Customer Service: 1-800-903-3637    See reverse for Important Information

---



Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly  Allow at least seven business days for delivery

400038

| Payment Due Date: | Mar 22, 2019 | Account Ending in | 9645 |
|---|---|---|---|
| New Balance | Minimum Payment Due | Amount Enclosed | |
| $0 00 | $0 00 | $ _____ | |

Get the app designed
to save time.
Effortlessly manage your account on the go with the Capital One® mobile app.

Text ONE to 80101 to download the app.
Messaging & Data rates may apply

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1 ▮▮▮▮▮▮ 9645 25 0000000118510000007

40

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The Wall Street Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.

☐ Dollar amount: The dollar amount of the suspected error.

☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

Changing Mailing Address?

You can change your address by signing into your account online or calling Customer Service.

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.

☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.


| Transactions |
| --- |

Visit  www.capitalone.com    to see detailed transactions

SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments

| Date | Description | Amount |
| --- | --- | --- |

SUSAN N DRESS #9645:   Transactions

| Date | Description | Amount |
| --- | --- | --- |

| Fees | | |
| --- | --- | --- |
| Date | Description | Amount |
| Total Fees for This Period | | $0 00 |

| Interest Charged | |
| --- | --- |
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| Totals Year-to-Date | |
| --- | --- |
| Total Fees charged | $0 00 |
| Total Interest charged | $0 00 |

| Interest Charge Calculation | | | |
| --- | --- | --- | --- |

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 25 15% P | $0 00 | $0 00 |
| Cash Advances | 27 15% P | $0 00 | $0 00 |

P,L,D,F = Variable Rate  See reverse of page 1 for details



J00085

Protect your credit score.
Detect fraud with automatic alerts if your credit report changes
with CreditWise®—built right into the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply


## Payment Information

Payment Due Date

Apr 22, 2019

For online and phone payments,
the deadline is 8pm ET

New Balance

$0 00

Minimum Payment Due

$0 00

LATE PAYMENT WARNING If we do not receive your minimum payment
by your due date, you may have to pay a late fee of up to $35 00

## Account Summary

| | |
|---|---|
| Previous Balance | $0 00 |
| Payments | $0 00 |
| Other Credits | $0 00 |
| Transactions | + $0 00 |
| Cash Advances | + $0 00 |
| Fees Charged | + $0 00 |
| Interest Charged | + $0 00 |
| New Balance | = $0 00 |
| Credit Limit | $3,500 00 |
| Available   Credit (as of    Mar 25, 2019    ) | $3,500 00 |
| Cash Advance Credit Limit | $300 00 |
| Available Credit for Cash Advances | $300 00 |

**Important Notice**
We are unable to provide your Rewards Summary on this month's
statement  To review your current Rewards balance or for additional
Rewards information, please log in to your account at
www.capitalone.com  or the Capital One Mobile Banking app

### Account Notifications

(i)   Welcome to your account notifications  Check back here each month for
important updates about your account

---

Pay or manage your account on our mobile app or at        www capitalone com        Customer Service: 1-800-903-3637        See reverse for Important Information



Please send us this portion of your statement and only one check (or one money order) to
ensure your payment is processed promptly  Allow at least seven business days for delivery

400039

| | | | |
|---|---|---|---|
| Payment Due Date: | Apr 22, 2019 | Account Ending in   9645 | |
| New Balance | Minimum Payment Due | Amount Enclosed | |
| $0 00 | $0 00 | $ _____ | |

Pay your bill
on the go.

Pay your bill securely and
review transactions with the
Capital One® mobile app.

Text **ONE** to **80101** to download the app.
Messaging & Data rates may apply.

SUSAN N DRESS

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

DDFFFFATDAATTDDADFTADTFDFFAAATTFDDADTTFFTATFFFTAFTTFFFDFFDFTFDDF

1   ████████ 9645 25  0000000118510000007

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions that post to the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0 50 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.
2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.
3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The Wall Street Journal). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership Fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do if You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

☐ Account information: Your name and account number.
☐ Dollar amount: The dollar amount of the suspected error.
☐ Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
☐ We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
☐ While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
☐ We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and
2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

© 2016 Capital One. Capital One is a federally registered service mark

ETC-08
11/01/16

You can change your address by signing into your account online or calling Customer Service.

**How do I Make Payments?** You may make your payment in several ways:
1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information:
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**
☐ For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
☐ For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.


| Transactions |
|---|

Visit www.capitalone.com    to see detailed transactions

SUSAN N DRESS #9645:   Payments,   Credits  and Adjustments

| Date | Description | Amount |
|---|---|---|

SUSAN N DRESS #9645:   Transactions

| Date | Description | Amount |
|---|---|---|

| Fees |
|---|

| Date | Description | Amount |
|---|---|---|
| Total Fees for This Period | | $0 00 |

| Interest Charged |
|---|

| | |
|---|---|
| Interest Charge on Purchases | $0 00 |
| Interest Charge on Cash Advances | $0 00 |
| Interest Charge on Other Balances | $0 00 |
| Total Interest for This Period | $0 00 |

| Totals Year-to-Date |
|---|

| | |
|---|---|
| Total Fees charged | $0 00 |
| Total Interest charged | $0 00 |

| Interest Charge Calculation |
|---|

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 25 15% P | $0 00 | $0 00 |
| Cash Advances | 27 15% P | $0 00 | $0 00 |

P,L,D,F = Variable Rate  See reverse of page 1 for details

300086



Get the app designed to save time.
Effortlessly manage your account on the go with
the Capital One® mobile app.

Text ONE to 80101 to download the app. Messaging & Data rates may apply.