# Exhibit A

# BLACK'S LAW DICTIONARY®

Definitions of the Terms and Phrases of
American and English Jurisprudence,
Ancient and Modern

By

HENRY CAMPBELL BLACK, M. A.

## SIXTH EDITION
### BY
### THE PUBLISHER'S EDITORIAL STAFF

Coauthors

**JOSEPH R. NOLAN**
Associate Justice, Massachusetts Supreme Judicial Court

and

**JACQUELINE M. NOLAN-HALEY**
Associate Clinical Professor,
Fordham University School of Law

Contributing Authors

**M. J. CONNOLLY**
Associate Professor (Linguistics),
College of Arts & Sciences, Boston College

**STEPHEN C. HICKS**
Professor of Law, Suffolk University
Law School, Boston, MA

**MARTINA N. ALIBRANDI**
Certified Public Accountant, Bolton, MA

ST. PAUL, MINN.
WEST PUBLISHING CO.
1990

# E

**E.** As an abbreviation, this letter may stand for "Exchequer," "English," "Edward," "Equity," "East," "Eastern," "Easter," or "Ecclesiastical." A Latin preposition, meaning from, out of, after, or according. It occurs in many Latin phrases; but (in this form) only before a consonant.

**Ea.** Sax. The water or river; also the mouth of a river on the shore between high and low water-mark.

**Each.** A distributive adjective pronoun, which denotes or refers to every one of the persons or things mentioned; every one of two or more persons or things, composing the whole, separately considered. The effect of this word, used in the covenants of a bond, is to create a several obligation. The word "any" is equivalent to "each." Conerty v. Richtsteig, 308 Ill.App. 321, 31 N.E.2d 351. "Each" is synonymous with "all" and agrees in inclusiveness but differs in stress; "all" collects and "each" distributes. Knox Jewelry Co., Inc. v. Cincinnati Ins. Co., 130 Ga.App. 519, 203 S.E.2d 739, 740.

**Eadem causa diversis rationibus coram judicibus ecclesiasticis et secularibus ventilatur** /iyéydəm kózə dəvársəs ræshiyównəbəs kórəm juwdísəbəs əkliyziyǽstəsəs èt sèkyəlérəbəs vèntəléytər/. The same cause is argued upon different principles before ecclesiastical and secular judges.

**Eadem est ratio, eadem est lex** /iyéydəm èst réysh(iy)ow, iyéydəm èst léks/. The same reason, the same law.

**Eadem mens præsumitur regis quæ est juris et quæ esse debet, præsertim in dubiis** /iyéydəm ménz prəz(y)úwmətər ríyjəs kwíy èst júrəs èt kwíy ésiy débət, prəzə́rtəm in d(y)úwbiyəs/. The mind of the sovereign is presumed to be coincident with that of the law, and with that which it ought to be, especially in ambiguous matters.

**Ea est accipienda interpretatio, quæ vitio caret** /íyə èst əksìpiyéndə intə̀rprətéysh(iy)ow kwìy vísh(iy)ow kǽrət/. That interpretation is to be received [or adopted] which is free from fault [or wrong]. The law will not intend a wrong.

**Eagle.** A gold coin of the United States of the value of ten dollars.

**Ea intentione** /íyə intènshiyówniy/. With that intent. Held not to make a condition, but a confidence and trust.

**Ealder** /éldər/, *or* **ealding** /éldiŋ/. In old Saxon law, an elder or chief.

**Ealderman** /éldərmən/, or **ealdorman** /óldərmən/. The name of a Saxon magistrate; alderman; analogous to *earl* among the Danes, and *senator* among the Romans. See Alderman.

**Ealdor-biscop** /éldərbìshəp/. An archbishop.

**Ealdorburg** /éldərbə̀rg/. Sax. The metropolis; the chief city. Obsolete.

**Ealhorda** /éylhòrdə/. Sax. The privilege of assising and selling beer. Obsolete.

**Ea quæ, commendandi causa, in venditionibus dicuntur, si palam appareant, venditorem non obligant** /íyə kwìy, kòməndǽnday kózə, in vendishiyównəbəs dəkə́ntər, sày pǽləm əpǽriyənt, vèndətórəm nòn óbləgənt/. Those things which are said on sales, in the way of commendation, if [the qualities of the thing sold] appear openly, do not bind the seller.

**Ea quæ dari impossibilia sunt, vel quæ in rerum natura non sunt, pro non adjectis habentur** /íyə kwìy déray impòsəbíliyə sə̀nt, vèl kwìy in rírəm nətyúrə nòn sə̀nt pròw nón əjéktəs həbéntər/. Those things which are impossible to be given, or which are not in the nature of things, are regarded as not added [as no part of an agreement].

**Ea quæ in curia nostra rite acta sunt debitæ executioni demandari debent** /íyə kwìy in kyúriyə nóstrə ráytiy ǽktə sə̀nt débətiy èksəkyùwshiyównay dəmændéray débənt/. Those things which are properly transacted in our court ought to be committed to a due execution.

**Ea quæ raro accidunt non temere in agendis negotiis computantur** /íyə kwìy rérow ǽksədənt nòn təmíriy in əjéndəs nəgówshiyəs kòmpyətǽntər/. Those things which rarely happen are not to be taken into account in the transaction of business without sufficient reason.

**Earl.** A title of nobility, formerly the highest in England, now the third, ranking between a marquis and a viscount, and corresponding with the French *"comte"* and the German *"Graf."* The title originated with the Saxons, and is the most ancient of the English peerage. William the Conqueror first made this title hereditary, giving it in fee to his nobles; and allotting them for the support of their state the third penny out of the sheriff's court, issuing out of all pleas of the shire, whence they had their ancient title "shiremen." At present the title is accompanied by no territory, private or judicial rights,

# The American Heritage® dictionary of the English Language

## FIFTH EDITION

Houghton Mifflin Harcourt

BOSTON   NEW YORK



| Phoenician | Greek | Roman |

ADVERTISING POSTER, *Métropole of Paris*
Métropole used this poster in the 1890s to market the Acatène bicycle, a chainless, shaft-driven model.

**e**[1] or **E** (ē) *n., pl.* **e's** or **E's** also **es** or **Es 1.** The fifth letter of the modern English alphabet. **2.** Any of the speech sounds represented by the letter *e*. **3.** The fifth in a series. **4.** Something shaped like the letter E. **5.** E A grade that indicates failing status. **6.** *Music* **a.** The third tone in the scale of C major or the fifth tone in the relative minor scale. **b.** A key or scale in which E is the tonic. **c.** A written or printed note representing this tone. **d.** A string, key, or pipe tuned to the pitch of this tone. **7. e** *Mathematics* The base of the natural system of logarithms, having a numerical value of approximately 2.71828. **8. E** The hypothesized textual source of certain narrative portions of the Pentateuch in which God is referred to as Elohim rather than with the Tetragrammaton. [Sense 8 < ELOHIM.]
**e**[2] *abbr.* electron
**E**[1] The symbol for **electric field strength.**
**E**[2] *abbr.* **1a.** east **b.** eastern **2.** *Football* end **3.** energy **4.** English **5.** *Baseball* error **6.** excellent
**e–** *pref.* Computer or computer network: *e-cash; e-zine.* [E(LECTRONIC), on the model of E-MAIL.]
**E85** (ē′ā′tē-fīv′) *n.* A blend of fuel that is 85 percent ethanol and 15 percent gasoline or other petroleum-based fuel. [< E(THANOL).]
**ea.** *abbr.* each
**E·a** (ā′ä) *n. Mythology* The Babylonian god of primordial waters. [Akkadian; see **hyw** in App. II.]
**each** (ēch) *adj.* Being one of two or more considered individually; every: *Each person cast a vote. My technique improved with each lesson.* ❖ *pron.* Every one of a group considered individually; each one. ❖ *adv.* For or to each one; apiece: *ten cents each.* [Middle English *ech* < Old English *ǣlc*; see **līk-** in App. I.]

**+ USAGE NOTE** In standard usage, the subject of a sentence beginning with *each* is grammatically singular, and so the verb and following pronouns must be singular: *Each of the apartments has* (not *have*) *its* (not *their*) *own private entrance* (not *entrances*). When *each* follows a plural subject, however, the verb and subsequent pronouns remain plural: *The apartments each have their own private entrances* (not *has its own private entrance*). But when *each* follows a verb that has *we* as its subject, there is an exception. It is acceptable to say *We boys each have our own room, We boys have each our own room,* or *We boys have each his own room,* though the last of these might seem stilted. • The expression *each and every* is likewise followed by a singular verb and singular pronoun: *Each and every driver knows* (not *know*) *what his or her* (not *their*) *job is to be.* This expression is sometimes criticized as redundant, and so it is, but it emphasizes both the universality and individuality of the collection being discussed, much like *every single one.* See Usage Notes at **every, they.**

**each other** *pron.* Each the other. Used to indicate that a relationship or an action is reciprocal among the members of the set referred to by the antecedent: *The boys like each other.*

**+ USAGE NOTE** According to a traditional rule, *each other* denotes a reciprocal relation between two entities, and *one another* refers to more than two. This rule requires *Dick and Maggie gave each other a knowing look* and *The members of the graduating class applauded one another.* Most of the Usage Panel favors the rule. In our 2005 survey, 86 percent (up from 64 percent in 1987) reported limiting the reference of *each other* to two things in their own writing. In 2009, 84 percent accepted *one another* in the *graduating class* example above, but only 56 percent accepted *each other.* Still, the rule is often ignored without causing confusion and should be regarded more as a stylistic preference than as a norm of Standard English. Many people maintain a further stylistic distinction by using *one another* when an ordered series of events or stages is involved, as in *The waiters followed one another into the room.* • The possessive forms of *each other* and *one another* are *each other's* and *one another's: The boys wore each other's* (not *each others'*) *coats. They had forgotten one another's* (not *one anothers'*) *names.*

**ea·ger**[1] (ē′gər) *adj.* **-ger·er, -ger·est 1.** Having or showing keen interest, intense desire, or impatient expectancy. See Usage Note at **anxious. 2.** *Obsolete* Tart; sharp; cutting. [Middle English *eger*, sour, sharp, impetuous < Anglo-Norman *egre* < Latin *ācer*; see **ak-** in App. I.] —**ea′ger·ly** *adv.* —**ea′ger·ness** *n.*
**ea·ger**[2] (ē′gər, ā′gər) *n.* Variant of **eagre.**
**eager beaver** *n. Informal* One that is exceptionally, often excessively industrious or zealous: "The eager beavers of industry seldom reach their potential, much less rise to the top" (Newsweek). —**ea′ger-bea′ver** *adj.*
**ea·gle** (ē′gəl) *n.* **1.** Any of various large diurnal birds of prey of the family Accipitridae, including members of the genera *Aquila* and *Haliaeetus*, characterized by broad wings, a hooked bill, keen vision, and soaring flight. **2.** A representation of an eagle used as an emblem or insignia. **3.** A gold coin formerly used in the United States, stamped with an eagle on the reverse side and having a face value of ten dollars. **4.** *Sports* A golf score of two strokes under par on a hole. ❖ *v.* **-gled, -gling, -gles** *Sports —tr.* To shoot (a hole in golf) in two strokes under par. *—intr.* To score an eagle in golf. [Middle English *egle* < Anglo-Norman < Old Provençal *aigla* < Latin *aquila*.]
**eagle eye** *n.* **1.** Keen eyesight. **2.** The ability or tendency to observe closely or pay attention to detail: *monitors expenses with an eagle eye.* **3.** One that observes with close attention. —**ea·gle-eyed** (-īd′) *adj.*
**eagle owl** *n.* A large Eurasian owl (*Bubo bubo*) having brownish plumage and prominent ear tufts.
**eagle ray** *n.* Any of various rays of the family Myliobatidae of tropical and subtropical seas, having platelike teeth used for crushing mollusks and large winglike pectoral fins, which they flap for propulsion.
**Eagle Scout** *n.* A Boy Scout who has achieved the highest rank.
**ea·glet** (ē′glĭt) *n.* A young eagle.
**ea·gre** also **ea·ger** (ē′gər, ā′gər) *n.* See **bore**[3]. [Origin unknown.]
**Ea·kins** (ā′kĭnz), **Thomas** 1844–1916. American painter known for highly realistic works, such as *Max Schmitt in a Single Scull* (1871).
**eal·dor·man** (ôl′dər-mən) *n.* The chief magistrate of a district in Anglo-Saxon England. [Old English; see ALDERMAN.]
**Eames** (ēmz), **Charles** 1907–1978. American designer noted for innovative chair designs made of aluminum tubing and molded plywood.
**Eames chair** A trademark for a functional chair, originally of molded plywood, with seat and back pieces contoured to the human body.
**ear**[1] (îr) *n.* **1.** *Anatomy* **a.** The vertebrate organ of hearing, responsible for maintaining equilibrium as well as sensing sound and divided in mammals into the external ear, the middle ear, and the inner ear. **b.** The part of this organ that is externally visible. **2.** An invertebrate organ analogous to the mammalian ear. **3.** The sense of hearing: *a sound that grates on the ear.* **4.** Sensitivity or receptiveness to sound, especially: **a.** Sharpness or refinement of hearing: *a singer with a good ear for harmony.* **b.** The ability to play a passage of music solely from hearing it: *plays the piano by ear.* **c.** Responsiveness to the sounds or forms of spoken language: *a writer with a good ear for dialogue; has an ear for foreign languages.* **5.** Sympathetic or favorable attention: "[The President] wavers between the two positions, depending on who last had his ear" (Joseph C. Harsch). **6.** Something resembling the external ear in position or shape, especially: **a.** A flexible tuft of feathers located above the eyes of certain birds, such as owls, that functions in visual communication but not in hearing. Also called **ear tuft. b.** A projecting handle, as on a vase or pitcher. **7.** A small box in the upper corner of the page in a newspaper or periodical that contains a printed notice, such as promotional material or weather information. **8. ears** *Informal* Headphones. —*idioms:* **all ears** Acutely attentive: *Tell your story—we're all ears!* **coming out of (one's) ears** In more than adequate amounts; overabundant. **give (or lend) an ear** To pay close attention; listen attentively. **have (or keep) an ear to the ground** To be on the watch for new trends or information. **in one ear and out the other** Without any influence or effect; unheeded: *His mind was made up, so my arguments went in one ear*





**ear**[1]
*top:* a human ear
A. auricle
B. semicircular canals
C. cochlea
D. cochlear nerve
E. Eustachian tube
F. eardrum
G. ear canal
*bottom:* on a pitcher